UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------

JABBAR WITHROW,

                    Plaintiff,

    vs                                9:05-CV-1129

J. TAYLOR, Superintendent, Gouverneur
Correctional Facility; GEDDIS, School Principal,
Gouverneur Correctional Facility; LIBERTY,
Lieutenant, Gouverneur Correctional Facility;
BANGO, Correctional Officer, Gouverneur
Correctional Facility; and YAHYA ABDUR
RAHIM, Islamic Chaplain, Gouverneur
Correctional Facility,

                    Defendants.

-----------------------------------

APPEARANCES:                              OF COUNSEL:

JABBAR WITHROW
Plaintiff, Pro Se
No. 201
2130 Tiebout Avenue
Bronx, NY 10457

HON. ANDREW M. CUOMO                STEVEN H. SCHWARTZ, ESQ.
Attorney General of the                       Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, NY 12224-0341

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Jabbar Withrow, brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  By Report-Recommendation dated September 28, 2007, the Honorable Gustave J.

DiBianco, United States Magistrate Judge, recommended that defendants' motion for

summary judgment be granted and the amended complaint be dismissed as against defendants Bango, Liberty, Taylor, and Geddis; that the amended complaint be dismissed as against defendant Rahim for failure to timely serve and for failure to timely substitute his estate pursuant to Fed. R. Civ. P. 4(m) & 25; and that the complaint be dismissed in its entirety.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge DiBianco, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. The amended complaint is DISMISSED as against defendants Bango, Liberty, J. Taylor, and Geddis;

3. The amended complaint is DISMISSED as against defendant Rahim; and

4. The complaint is DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated: November 5, 2007
       Utica, New York.

United States District Judge